## Cook *v.* Carpenter, Appellant (No. 3).

Argued Jan. 11, 1905. Appeals, Nos. 220, 221, 224 and 226, Jan. T., 1904, by Catharine Gallagher and James Gay Gordon, Executors of P. F. Gallagher, deceased; John F. Reardon, Franklin S. Dengler, Sherman T. Moyer and Robert Patterson, Executors of Daniel S. Dengler, deceased, and Samuel S.

Fretz, from decree of C. P. No. 2, Phila. Co., March T., 1899, No. 145, on bill in equity in case of Richard Y. Cook and George H. Earle, Jr., assignees for benefit of creditors of the Chestnut Street Trust and Saving Fund Company v. Richard L. Carpenter, Daniel S. Dengler and Samuel S. Fretz et al. Before MITCHELL, C. J., DEAN, FELL, BROWN, MESTREZAT, POTTER and ELKIN, JJ. Affirmed.

*William S. Stenger, Rudolph M. Schick* and *James H. Wolfe,* for appellants.

*John G. Johnson,* with him *P. F. Rothermel,* for appellee.

OPINION BY MR. CHIEF JUSTICE MITCHELL, May 22, 1905:

These appeals raise the same questions as No. 199, in which an opinion is filed herewith, ante, p. 165. For the reasons there given the decree is affirmed in each of these cases.